| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:15-cr-00090 |
|---|---|
| DEFENDANT<br>Michael Adefemi Adeyemo a/k/a Adekunle Olufemi Adetiloye | TYPE OF PROCESS<br>Personal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Captain Linda Wagner
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Grand Forks County Correctional Center, 1701 N. Washington St, Grand Forks, ND 58206-5244

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leah R. Carlson
Ohnstad Twichell, P.C.
P.O. Box 458
West Fargo, ND 58078-0458

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☑ DEFENDANT
*Leah R. Carlson*
TELEPHONE NUMBER: (701) 282-3249
DATE: 12/13/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 059
District to Serve No.: 059
Signature of Authorized USMS Deputy or Clerk
Date: 12/13/2023

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 12/13/23  Time: 1430  ☐ am ☑ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21

AO 89 (Rev 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) |
|---|---|
| v. | ) |
| Michael Adefemi Adeyemo a/k/a | ) Case No. 3:15-cr-00090 |
| Adekunle Olufemi Adetiloye | ) |
| | ) |
| Defendant | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Captain Linda Wagner, Grand Forks County Correctional Center, 1701 N. Washington Street, Grand Forks, ND 58206-5244.

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Quentin N. Burdick United States Courthouse 655 1st Avenue North Fargo, ND 58102-4932 | Courtroom No.: 1 |
|---|---|
| | Date and Time: 01/05/2024 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*: (1) Any and all documentation or records that show Adekunle Adetiloye's (a/k/a Michael Adeyemo) dates of confinement in the Grand Forks County Correctional Center (GFCCC); and (2) any and all documentation or records that show visits between Adekunle Adetiloye (a/k/a Michael Adeyemo) and any other individual(s) while confined in the GFCCC.

Date: 10/27/2023

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Michael Adefemi Adeyemo, who requests this subpoena, are:

Leah R. Carlson
Ohnstad Twichell, P.C.
444 Sheyenne Street, Suite 102
P.O. Box 458
West Fargo, ND 58078-0458
lcarlson@ohnstadlaw.com
701-282-3249

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:15-cr-00090

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Captain Linda Wagner__
was received by me on *(date)* __12/13/23__.

☒ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __12/13/23__

_____
*Server's signature*

Matt Seyfried  SDUSM
*Printed name and title*

655 1st Ave N. Fargo ND
*Server's address*

Additional information regarding attempted service, etc: