UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

Case No. 3:15-cr-90
Related Case No. 3:22-cv-181

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>**Michael Adefemi Adeyemo**,<br><br>  Defendant. | **Motion for Clarification<br>by the Court** |

Michael Adefemi Adeyemo, through counsel, requests clarification regarding the status of the Court's discovery order filed on March 5, 2025:[1]

1) Is the order still "live," meaning does Mr. Adeyemo have the right to use the Court's subpoena duces tecum powers to send Rule 45 discovery requests to certain financial institutions and telecommunications companies used by Ronald Hettich; or

2) Is the order no longer "live" since the Court crafted two options for Hettich to comply with the order,[2] and Hettich complied (though this compliance is disputed by Mr. Adeyemo) by filing an affidavit on October 31, 2025?[3]

---

[1] Doc. 265.

[2] Doc. 283.

[3] Doc. 295.

If it is the former, Mr. Adeyemo wishes to draft and submit various subpoenas duces tecum for the Court to send out before the February 5, 2026 evidentiary hearing. If it is the latter, Mr. Adeyemo will not. Because it is unclear, Mr. Adeyemo asks for the Court's guidance.

Finally, before filing this motion, counsel for Mr. Adeyemo conferred with the United States, through Assistant United States Attorney Megan Healy, who supported this motion for clarification.

Date:  January 9, 2026                    Respectfully submitted,

                                          _____
                                          Dane DeKrey (#09524)
                                          **RINGSTROM DEKREY PLLP**
                                          814 Center Avenue, Suite 5
                                          Moorhead, MN  56560-0853
                                          (218) 284-04848
                                          dane@ringstromdekrey.com

2