| | |
|---|---|
| STATE OF NORTH DAKOTA | IN DISTRICT COURT |
| COUNTY OF CASS | EAST CENTRAL JUDICIAL DISTRICT |

State of North Dakota,  )
            Plaintiff,  )  **RULE 11(c)(1)(C)**
                      )  **PLEA AGREEMENT**
   -vs-  )
                      )
Ronald Lee Hehn,  )  Criminal No. 09-2025-CR-00431
                      )  SA # 25-PC-170
           Defendant  )

[¶ 1]   The parties, acting with the advice of the undersigned counsel, hereby enters into the following agreement and presents the same to the Court for proposed acceptance.

[¶ 2]   Notwithstanding this agreement, RONALD LEE HEHN, acknowledges he/she maintains the right to plead not guilty and may persist in that plea. In addition, RONALD LEE HEHN acknowledges and understands the following Constitutional rights:

1. The right to a jury trial;

2. The right to be represented by counsel at trial and at every other stage of this proceeding, and, if necessary, the right to have the counsel provided under Rule 44;

3. The right at trial to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses; and

4. The right to be admitted bail.

1

Exhibit 2 - Hehn Proposed PA
1 of 6

[¶ 3]   RONALD LEE HEHN acknowledges and understands that, upon the Court's acceptance of his/her plea of guilty, he/she waives the constitutional rights enumerated in paragraph two of this agreement.

[¶ 4]   RONALD LEE HEHN acknowledges and understands the nature of each charge contained in the information. Said charges are listed as follows:

1. **COUNT 1: GROSS SEXUAL IMPOSITION**, a class AA felony in violation of sections 12.1-20-03(1)(d), 12.1-20-03(3)(a), and 12.1-32.01(1) of the North Dakota Century Code;

[¶ 5]   RONALD LEE HEHN acknowledges and understands that a Class AA Felony is punishable by a maximum imposition of sentence not to life imprisonment without parole.

[¶ 6]   RONALD LEE HEHN acknowledges and understands that a minimum mandatory sentence of five years' imprisonment without the possibility of parole applies to Count 1 of the information.

[¶ 7]   RONALD LEE HEHN acknowledges and understands that this Court may order Restitution be paid upon acceptance of a guilty plea in this matter.

[¶ 8]   RONALD LEE HEHN acknowledges and understands that, if convicted, a defendant who is not a United States citizen may be removed from the United States, denied citizenship, and/or denied admission to the United States in the future.

[¶ 9]   RONALD LEE HEHN acknowledges and understands that this agreement is governed by North Dakota Rules of Criminal Procedure Rule 11(c)(1)(C). RONALD LEE HEHN acknowledges and understands that this Court may accept this plea agreement and the agreed disposition will be included in the judgment. RONALD LEE HEHN acknowledges and understands that if this Court rejects this plea agreement the court must: (1) inform the parties of

the Court's rejection of the plea agreement; (2) advise the defendant personally that the Court is not required to follow the plea agreement and give the defendant an opportunity to withdraw his/her plea; and (3) advise the defendant personally that if the plea is not withdrawn, the court may dispose of the case less favorably toward the defendant than the plea agreement contemplated.

[¶ 10] By RONALD LEE HEHN's signature, and the signature of the parties, RONALD LEE HEHN hereby certifies and affirms that he/she fully understands all above listed rights and information and is in agreement with the terms and provisions of this Rule 11 Plea Agreement as listed throughout. RONALD LEE HEHN enters the following pleas in this matter:

1. **COUNT 1: GROSS SEXUAL IMPOSITION:**
   a. **DISMISSED**
2. **TERMS OF PLEA OUTLINED IN PARAGRAPH 13.**

[¶ 11] RONALD LEE HEHN acknowledges, understands, and agrees that the following is an accurate and factual basis for the pleas provided in paragraph 13:

- On or about January 29, 2025, I, RONALD LEE HEHN, knowingly touched the edge of the victim's genitals with my hands, and I had reasonable cause to believe that this contact would be offensive to the victim.

[¶ 12] RONALD LEE HEHN acknowledges and understands the above listed plea(s) of guilty are voluntary and do not result from force, threats, or promises other than what is contemplated in this agreement. RONALD LEE HEHN's decision to enter plea(s) of guilty results from discussion between the prosecuting attorney and the defendant or the defendant's attorney. RONALD LEE HEHN acknowledges and understands the provisions of this agreement based upon discussions between the defendant and the defendant's attorney.

[¶ 13] The terms of the agreement are as follows:

1. Plead guilty to Sexual Assault – class A misdemeanor, in violation of section 12.1-20-07(1)(a) of the North Dakota Century Code.
   - At sentencing, the state has the right to argue this is a registrable offense under 12.1-32-15(2)(d) of the North Dakota Century Code.

2. 360 days confinement, to be served via electronic home monitoring.

3. Term of supervised probation shall be determined at sentencing.
   - The state can argue for no more than 2 years of probation.
   - The defendant can argue for no less than 1 year of probation.

4. No contact between Defendant and victim until after she turns 18 years old.

5. Standard fines and fees associated with the offense.

[¶ 14] If, after considering the plea, this Court concludes that any of the terms or provisions of this agreement are unacceptable, both parties shall be given the opportunity to withdraw from this agreement, or the Court may reject the agreement pursuant to North Dakota Rules of Criminal Procedure 11(c)(5).

[¶ 15] Finally, RONALD LEE HEHN, acknowledges and asserts the following:

1. That this agreement is entered into knowingly, voluntarily, and intelligently;

2. That RONALD LEE HEHN is not under the influence of any drug, medication, liquor or any other intoxicant at the time of acceptance and signing this agreement;

3. That RONALD LEE HEHN has received, read, and understands the Information filed into this case;

4. That RONALD LEE HEHN is represented by Bruce Ringstrom, Jr. and Dane DeKrey, and RONALD LEE HEHN has had sufficient time to discuss the case with his/her attorney. That Mr. Ringstrom and Mr. DeKrey have fully informed RONALD LEE HEHN as to the facts and possible defenses to the crimes charged. That Mr. Ringstrom and Mr. DeKrey has represented RONALD LEE HEHN's interests fully; and

5. That RONALD LEE HEHN is over 18 years of age, fully competent to enter this agreement, and waives each and every constitutional right acknowledged in this agreement.

[¶ 16] I, RONALD LEE HEHN, have read and understood the above. I understand that by pleading guilty, I will be giving up my right to a trial by jury, to confront, cross-examine, and compel the attendance of witnesses, and my privilege against self-incrimination. I agree to enter my plea(s) as indicated above on the terms and conditions set forth herein.

Dated this ___20^TH___ day of ___JANUARY___, 2026:

_____
Defendant, RONALD LEE HEHN

[¶ 17] I have reviewed this matter with my client, RONALD LEE HEHN, and my client has indicated that he has not been threatened nor have any promises been made to him outside a plea agreement with the prosecutor. He has indicated he is making this plea voluntarily, of his own free will, and upon my advice as defense counsel.

Dated this ___20th___ day of ___January___, 2026:

_____
Dane DeKrey (#06923)
**RINGSTROM DEKREY PLLP**
814 Center Avenue, Suite 5
Moorhead, MN 56560
(218) 284-0484
dane@ringstromdekrey.com
*Attorney for Defendant*

[¶ 18]  I have reviewed this matter and concur that the plea and disposition set forth herein are appropriate and in the interest of justice.

Dated this _January_ 20th, 2026 day of _____, 2026:

_Jason Van Horn_
Jason Van Horn ND ID #08948
Assistant State's Attorney
Cass County Courthouse
PO Box 2806
Fargo, ND 58108-2806
(701) 241-5850
Sa-defense-notices@casscountynd.gov
Attorney for Plaintiff

6

**Exhibit 2 - Hehn Proposed PA**
**6 of 6**