

# State of North Dakota

DISTRICT COURT
EAST CENTRAL JUDICIAL DISTRICT
CASS COUNTY COURTHOUSE
BOX 2806
FARGO, NORTH DAKOTA  58108
(701) 451-6940

Honorable Steven E. McCullough
Presiding Judge

Honorable Susan L. Bailey
District Judge

Honorable Reid A. Brady
District Judge

Honorable Cherie L. Clark
District Judge

Honorable Constance L. Cleveland
District Judge

Honorable Stephanie R. Hayden
District Judge

Honorable Stephannie N. Stiel
District Judge

Honorable Tristan J. Van de Streek
District Judge

Honorable Wade L. Webb
District Judge

Honorable Ryan J. Younggren
District Judge

January 21, 2026

Jason Van Horn
Cass County State's Attorney's Office
P.O. Box 2806
Fargo, ND 58108-2806

Dane DeKrey
Bruce Ringstrom, Jr.
Ringstrom DeKrey PLLP
P.O. Box 853
Moorhead, MN 56560-0853

RE:  **State of North Dakota v. Ronald Lee Hehn, Jr.;** File No. 09-2025-CR-00431

Dear Mr. Van Horn, Mr. DeKrey, and Mr. Ringstrom:

The parties appear to have worked together toward resolving the above case.  No guilty plea has been offered or accepted, but the parties outlined terms of a proposed binding plea agreement during the hearing yesterday and in a proposed written plea. In the few business hours since those events, the Court has further contemplated the terms of the proposal and concludes they are not acceptable.  While the parties may wish to continue collaborating on a resolution, at this time the matter should remain on the trial calendar.

Sincerely,

*Reid Brady*
Reid Brady
District Court Judge

RAB/rmj

Exhibit 3 - Judge's Letter Rejecting PA
1 of 1