## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

### Case No. 3:15-cr-90
### Related Case No. 3:22-cv-181

| | |
|---|---|
| United States of America,<br><br>                 Plaintiff,<br><br>vs.<br><br>**Michael Adefemi Adeyemo**,<br><br>                 Defendant. | **Motion for Status Conference** |

Counsel for Michael Adefemi Adeyemo moves for a status conference in this matter. The reason for the request is that counsel wishes to update the Court and opposing counsel regarding recent investigative developments that may affect Mr. Adeyemo's April 27th evidentiary hearing.

Date:  March 31, 2026

Respectfully submitted,

**Dane DeKrey (#09524)**
Ringstrom DeKrey PLLP
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
(218) 284-0484
dane@ringstromdekrey.com