# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

**Case No. 3:15-cr-90**
**Related Case No. 3:22-cv-181**

| | |
|---|---|
| United States of America,<br><br>                       Plaintiff,<br><br>vs.<br><br>**Michael Adefemi Adeyemo**,<br><br>                   Defendant. | **Motion to Continue Evidentiary Hearing** |

Michael Adeyemo's evidentiary hearing related to his 2255 challenge is scheduled for April 27, 2026 at 1:30 p.m. in Fargo, North Dakota. For the reasons discussed at Mr. Adeyemo's April 6th status conference, he requests that the Court continue the hearing. The government, through Assistant United States Attorney Megan Healy, does not object.

Finally, should the Court grant this motion, a new hearing date will be required. To help the Court determine the appropriate date, counsel for Mr. Adeyemo has the following conflicts:

- June 8-26, 2026. Jury trial in *United States v. Ahmed*, 22-cr-223, in Minnesota federal court.

- <u>July 14-17, 2026.</u> Jury trial in *United States v. Wells*, 1:25-cr-130, in North Dakota federal court.

- <u>August 10-14, 2026.</u> Jury trial in *United States v. Noor*, 26-mj-62, in Minnesota federal court.

For this reason, Michael Adeyemo requests that the Court continue his 2255 evidentiary hearing and reschedule it for the first available that works for the Court, hopefully taking into consideration counsel's busy summer trial schedule.

Date:  April 11, 2026

Respectfully submitted,

**Dane DeKrey (#09524)**
Ringstrom DeKrey PLLP
814 Center Avenue, Suite 5
Moorhead, MN  56560-0853
(218) 284-0484
dane@ringstromdekrey.com