AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT

for the

District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Michael Adefemi Adeyemo<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 3:15-cr-90-1 |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Linda Wagner
11993 Far Portage Dr.
Park Rapids, MN 56470

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Quentin N. Burdick U.S. Courthouse<br>655 1st Ave. North<br>Fargo, ND 58102 | Courtroom No.: Fargo Courtroom 1<br>Date and Time: 11/02/2026 at 1:30 p.m. |
|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

*(SEAL)*

Date: 09/18/2025

*CLERK OF COURT*

/s/Sarah Lien
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Michael Adefemi Adeyemo ____________, who requests this subpoena, are:

Dane DeKrey
Ringstrom DeKrey PLLP
P.O. Box 853
Moorhead, MN 56560-0853
218-284-0484
Email: dane@ringstromdekrey.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 3:15-cr-90-1

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* Linda Wagner

was received by me on *(date)* 13 Oct 2026

☑ I served the subpoena by delivering a copy to the named person as follows: personally handing it to her at her home

on *(date)* ; or

❒ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ .

My fees are $ for travel and $ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 21st of Oct 2026

*Server's signature*

Bruce N Ringstrom

*Printed name and title*

20202 West Pod Lk Dr

Osage MN 5657

*Server's address*

Additional information regarding attempted service, etc:

I witnessed the person known above sign this document on October 21, 2026.

01/31/30

KIRT L. WILDE
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2030