IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ADEFEMI ADEYEMO, a/k/a ADEKUNLE OLUFEMI ADETILOYE<br><br>Defendant. | Case Nos. 3:15-cr-00090; 3:22-cv-00181<br><br>**UNITED STATES' RESPONSE TO MOTION TO ADMIT SECOND DEKREY AFFIDAVIT AND EXHIBITS** |

The United States of America, by Nicholas Chase, United States Attorney for the District of North Dakota, along with Megan A. Healy and Jenny M. Samarzja, Assistant United States Attorneys, hereby offers this response to Defendant's Motion to Admit. (Doc. 330.)

The United States objects to the motion based upon the reasons already articulated on the record at the evidentiary hearing held on November 2, 2026.

Dated: November 17, 2026

NICHOLAS W. CHASE
United States Attorney

By: */s/ Jenny Samarzja*

JENNY M. SAMARZJA
Assistant United States Attorney
ND Bar ID 05951
655 First Avenue North, Suite 250
Fargo, ND 58102-4932
(701) 297-7400
jenny.samarzja@usdoj.gov
Attorney for United States